IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HILDA L. SOLIS, secretary )
of labor, United States )
Department of Labor, )
 )
      Plaintiff, )
 )
  vs. ) Civil Action No. 09-0636
 )
 )
UNIQUE PIZZA AND SUBS CORP.; )
and JAMES VOWLER, )
 )
      Defendants. )

ORDER

AND NOW, this 19 of March, 2010, upon consideration of plaintiff's motion to compel discovery, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that within ten (10) days from the date of this Order, defendant shall provide full and complete answers to plaintiff's First Set of Interrogatories and Request for Production of Documents.

By the Court:

_____, C.J.

cc:  All parties of record